# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

AAshahla Al-Ali

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

Ken Garff Automotive Group
Southfield Chrysler Dodge Jeep Ram

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case:2:18-cv-12687
Judge: Borman, Paul D.
MJ: Majzoub, Mona K.
Filed: 08-28-2018 At 12:25 PM
CMP Al-Ali v. Ken Garff Automotive
Group et ano. (EK)

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

# Complaint for Employment Discrimination

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | AA'shahla Al-Ali |
| Street Address | 21067 Beechwood Avenue |
| City and County | Eastpointe/Oakland |
| State and Zip Code | Michigan 48021 |
| Telephone Number | 586-588-2838 |
| E-mail Address | aashahlaalali@yahoo.com |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Ken Garff Automotive Group |
| Job or Title (if known) | |
| Street Address | 21800 Telegraph Road |
| City and County | Southfield/Oakland |
| State and Zip Code | Michigan 48034 |
| Telephone Number | 248-354-2950 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Colleen Coleman |
| Job or Title (if known) | Finance Manager |
| Street Address | 28100 Telegraph Road |
| City and County | Southfield/Oakland |
| State and Zip Code | Michigan 48034 |
| Telephone Number | 248-354-2950 |
| E-mail Address (if known) | |

2

Defendant No. 3

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 4

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

Name                   Southfield Chrysler Dodge Jeep Ram

Street Address         28100 Telegraph Road

City and County        Southfield Oakland County

State and Zip Code     Michigan 48034

Telephone Number       248-354-2950

MIED ProSe 7 (Rev 5/16) Complaint for Employment Discrimination

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☑ Relevant state law *(specify, if known)*:
THE WHISTLEBLOWERS' PROTECTION ACT
Act 469 of 1980
15.362 Section 2

☐ Relevant city or county law *(specify, if known)*:

4

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

### III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☑ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*:

Drug use at the dealership

Identity Theft

Sex on company property

Misuse of company property

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s) 07/01/2017-09/08/2017 _____

C.   I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race _____
- ☑ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

_____

5

E.    The facts of my case are as follows.  Attach additional pages if needed.

*Company demo reduced and changed after I reported wrong doing.
*Not allowed to apply for open finance manager position
*Internet leads reduced (see attached)
*Hostile work enviorment included verbal harrassment
*Complaint of sexual harrassment ignored.
*GSM Chris dillaway grabbed me by neck and tried to force me down stairs.
*GSM Chris Dillaway made sexual comments to me infront of other managers
*GSM placed penis on my buttocks and said he has a "Beer can Penis" instead of a long one.
*Offered a $1000 to keep quiet. See attached
*Subjected to verbal abuse by Colleen Coleman on the showrrom floor; in the form of yelling at me.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

10/24/2017

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)*

Recieved 06/08/2018 -  Mailed 6/4/2018                          .
*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.

Compensatory and Punitive Damages of $500,000.00
Attorney Fees (TBD)
Filing and Court Fees (TBD)
Non disclosure Agreement
Loss of Education Expenses (Employer paid education) Est:$50,000.00
Loss of Income as a Finance manager (Est: 120,000.00 Annual Income)
Federal and State income tax liability in the amount of $300,000.00
Letter of apology

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 28th _____, 2018 .

Signature of Plaintiff

Printed Name of Plaintiff   AA'shahla Al-Ali

8

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

**Additional Information:**

See Attached

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Aa'Shahla Al-Ali<br>21067 Beechwood Avenue<br>Eastpointe, MI 48021 | From: | Detroit Field Office<br>477 Michigan Avenue<br>Room 865<br>Detroit, MI 48226 |
|---|---|---|---|

| [ ] | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 471-2017-03526 | Johnnie R. King,<br>Investigator | (313) 226-6037 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

| [X] | More than 180 days have passed since the filing of this charge. |
|---|---|
| [ ] | Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge. |
| [X] | The EEOC is terminating its processing of this charge. |
| [ ] | The EEOC will continue to process this charge. |

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

| [ ] | The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost. |
|---|---|
| [ ] | The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time. |

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u>** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

Michelle Eisele,
District Director

6/4/18
*(Date Mailed)*

cc:
**KEN GARFF/SOUTHFIELD CHRYSLER JEEP**
c/o Ryan J. Koss
**STARR, BUTLER, ALEXOPOULOS & STONER, PLLC**
**Oakland Commons Building**
**20700 Civic Center Drive, Suite 200**
**Southfield, MI 48076**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 471-2017-03526 |

| Michigan Department Of Civil Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. AA'shahia Al-Ali | (586) 588-2838 | 1972 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 21067 Beechwood Avenue, Eastpointe, MI 48021 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| KEN GRAFF/ SOUTHFIELD CHRYSLER JEEP | Unknown | (248) 354-2950 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 28100 Telegraph Road, Southfield, MI 48034 | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN

☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION

☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **08-09-2017** Latest **09-09-2017**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On or about May 18, 2017, I began employment with the above-named employer; I was last employed as a New Car Sales.

During my employment, I was consistently subjected to sexual harassment by the General Sales Manager, Caucasian. On August 9, 2017, I reported the sexual harassment via written and verbal communications to Human Resources, my direct Supervisor and a Caucasian female General Sales Manager. At the time of my reporting, the harasser had been discharged for another incident of sexual harassment. As a result of my reporting, I was retaliated against by the Caucasian female General Sales Manager's harassing/racially motivated behavior by her treating me differently than similarly-situated Caucasian co-workers by her behavior of standing in the middle of the floor and yelling at me, instead of talking to me in the manner she does my Caucasian co-workers, by reducing my leads to 19 per month from 40-50 per month while not reducing my Caucasian co-workers' leads, taking my demo and trading it down to a lessor model, while not touching anyone else's demos and giving me false information about an open Use Car Finance Manager's position I tried to apply for. On August 30, 2017, I was given permission by my Sales Manager to come in 2 hours late. In a meeting, she then expressed ill feelings about me to everyone. Therefore, on September 9, 2017, I terminated my employment (constructive discharge), due to my General Sales Manager's behavior.

I believe that I was subjected to sexual harassment, and different terms and conditions of employment due to gender, female; race, Black, and retaliated against for reporting sexual harassment, which resulted in constructive discharge, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 10-31-17<br>Date Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br><br>MARY E (A) ZAHRT<br>NOTARY PUBLIC, STATE OF MI<br>County of Oakland<br>My Commission Expires 4/13/20 |

AASHAHLA AL-ALI

149           08/10/17

TAKE HOME BONUS FOR JULY 2017
DW

CREATED BY: 18DANIELLE

08/10/17    308          1,000.00          149

| REMITTANCE ADVICE DETACH AND RETAIN | SOUTHFIELD CHRYSLER DODGE JEEP RAM 28100 TELEGRAPH RD SOUTHFIELD, MI 48034 PHONE 248-354-2950 | CHECK NO. 31794 | NET AMOUNT | $1,000.00 |

Given to Day after I made complaint.
was Not reported to income & not earned

*Ken Garff Does owns Southfield Chrysler*

Saved Vehicles

# CONTACT US
Ken Garff Automotive Group

## Our Locations

### Cadillac of Novi
(http://www.cadillacofnovi.com/)

41350 Grand River Ave
Novi, MI 48375
**Sales:** (866) 613-0742
**Service:** (866) 613-0741
**Parts:** (866) 613-0740

### Southfield Chrysler Dodge Jeep Ram
(https://www.southfieldchryslerdodgejeepram.com/)

28100 Telegraph Road
Southfield, MI 48034
**Sales:** (888) 714-1015
**Service:** (888) 718-2163
**Parts:** (888) 711-9615

### Telegraph Chrysler Dodge Jeep Ram
(https://www.telegraphchryslerdodgejeepram.com/)

22000 Telegraph Road
Taylor, MI 48180
**Sales:** (888) 707-1066
**Service:** (888) 819-7507
**Parts:** (888) 709-4510

**QUICK LINKS**          **INVENTORY**                    **STAY IN TOUCH**

G
(https://www.google.com/maps/place/Ken+Garff+A
4m2!
3m1!
1s0x0:0xcdc7613a0daa493?

(https://twitter.com/)

111 East Broadway
Salt Lake City, Utah 84111

SocketTalk

*Between Colleen Coleman & Aashahla Al-Ali*

⬚ Colleen Coleman
⬚ Customer (0)
Back to Contacts

September 06, 2017

I think he is a used up and no telephone number. Michael Evans...lead for him came in on the 31st. I am going to send it over to used cars; as he requested a 2013 town and country

Aashahla Al-Ali 12:25 PM

WHO DID YOU SEND IT TO?

Colleen Coleman 12:36 PM

used car bucket

Aashahla Al-Ali 1:48 PM

PLEASE DO NOT REASSIGN LEADS TO THE USED CAR BUCKET PLEASE JUST SEND ME A SOCKET TALK MESSAGE.

Colleen Coleman 1:57 PM

That is the one I sent to you earlier today

Aashahla Al-Ali 4:44 PM

Ok no problem

Aashahla Al-Ali 4:44 PM

[ ] Send
IM
1000
Respond
Group IM Recipients

Close

Colleen Coleman
Customer (0)
Back to Contacts

September 07, 2017

Can I start receiving internet leads?

Aashahla Al-Ali 9:17 AM

Yesterday I learned in the training that I have to use a template to get credit for the emails I use. I also don't use mixie so all my calls are not being recorded. I am working but the report is not showing it.

Aashahla Al-Ali 9:36 AM

Send

IM
1000
Respond
Group IM Recipients

Close



# Daily Check Out Report
Aashahla Al-Ali

Southfield CJDR

⑦ Help

**Begin Date:** 6/1/2017

**End Date:** 6/30/2017

Reviewed By:

Assigned To: Aashahla Al-Ali

● Show Graph  ○ Show Grid

**Email/Text Communication**

| | |
|---|---|
| Email Sent | 179 |
| Email Received | 74 |
| Text Sent | 0 |
| Text Received | 0 |

0  36  72  108  144  180

**Phone Calls**

| | |
|---|---|
| Completed | 236 |
| Completed(CTI) | 106 |
| No Response | 0 |
| Bad Phone | 1 |

0  60  120  180  240  300

**New Prospects**

| | |
|---|---|
| Fresh Up | 19 |
| Phone-Up | 3 |
| Internet | |
| Other | 0 |

0  12  24  36  48  60

**Appointments**

| | |
|---|---|
| Created | 10 |
| Scheduled | 9 |
| Show | 9 |
| No Show | 0 |
| Next 72Hrs | 2 |

0  3  6  9  12  15

**Sales Pipeline(Unsold Prospects)**

0-Unqualified   1-Contacted   2-Store Visit   3-Demo   4-Write-Up   5-Pending F&I

**Completed Sales Steps**

Contacts   Demos   Pending F&I   Lost Deals
Store Visit   Write-Up   Sold



# Daily Check Out Report
## Aashahla Al-Ali

**Begin Date:** 8/1/2017

**End Date:** 8/31/2017

Southfield CJDR

(?) Help

Reviewed By:

Assigned To: Aashahla Al-Ali

○ Show Graph ○ Show Grid



**New Prospects**
Fresh Up — 8
Phone-Up — 11
Internet — 16
Other — 0

**Appointments**
Created — 9
Scheduled — 10
Show — 5
No Show — 5
Next 72hrs — 0

**Phone Calls**
Completed — 144
Completed(CTI) — 63
No Response — 0
Bad Phone — 2

**Email/Text Communication**
Email Sent — 44
Email Received — 2
Text Sent — 0
Text Received — 0

**Completed Sales Steps**
Contacts — 110
Store Visit — 21
Demos — 22
Write-Up — 19
Pending FSI — 19
Sold — 12
Lost Deals — 7

**Sales Pipeline(Unsold Prospects)**
0-Unqualified
1-Contacted
2-Store Visit
3-Demo
4-Write-Up
5-Pending FSI

Recieved 69
thru mail. Kengarff
con...

Sent 71 email
thru mail Kenga...
2 on...

CO - WORKER -

# Daily Check Out Report
## Andy Tavarez

**Southfield CJDR**

**Begin Date:** 8/1/2017

**End Date:** 8/26/2017

⦿ Show Graph  ◯ Show Grid

? Help

**Reviewed By:** _____

**Assigned To:** Andy Tavarez



**New Prospects**

| | |
|---|---|
| Fresh Up | 9 |
| Phone-Up | 25 |
| Internet | 31 |
| Other | 2 |

0  8  16  24  32  40

**Appointments**

| | |
|---|---|
| Created | 15 |
| Scheduled | 12 |
| Show | 10 |
| No Show | 2 |
| Next 72hrs | 4 |

0  4  8  12  16  20

**Phone Calls**

| | |
|---|---|
| Completed | 445 |
| Completed(CTI) | 191 |
| No Response | 0 |
| Bad Phone | 0 |

0  100 200 300 400 500

**Email/Text Communication**

| | |
|---|---|
| Email Sent | 184 |
| Email Received | 2 |
| Text Sent | 14 |
| Text Received | 9 |

0  38  76  114  152  190

**Completed Sales Steps**

60
48
36
24
12
0

Contacts  Demos  Pending FXI  Lost Deals
Store Visit  Write-Up  Sold

44  10  10  9  6  7

**Sales Pipeline(Unsold Prospects)**

50
40
30
20
10
0

0-Unqualified  2-Store Visit  4-Write-Up
1-Contacted  3-Demo  5-Pending FXI

24  44  1  0  0  1

*CO - WORKER* (handwritten)

# Daily Check Out Report
## Austin Moore

Southfield CJDR

**Begin Date:** 8/1/2017

**End Date:** 8/26/2017

Reviewed By: _____

Assigned To: Austin Moore

⊙ Show Graph   ○ Show Grid

⑦ Help



**New Prospects**

- Fresh Up — 10
- Phone-Up — 45
- Internet — 66
- Other — 1

(0, 10, 20, 30, 40, 50)

**Appointments**

- Created — 30
- Scheduled — 28
- Show — 11
- No Show — 15
- Next 72hrs — 3

(0, 8, 16, 24, 32, 40)

**Phone Calls**

- Completed — 536
- Completed(<1') — 265
- No Response — 0
- Bad Phone — 0

(0, 120, 240, 360, 480, 600)

**Email/Text Communication**

- Email Sent — 98
- Email Received — 3
- Text Sent — 14
- Text Received — 4

(0, 20, 40, 60, 80, 100)

**Completed Sales Steps**

Contacts — 17
Store Visit — 14
Demos — 12
Write-Up — 6
Pending F&I
Sold
Lost Deals

(0, 24, 48, 72, 96, 120)

**Sales Pipeline(Unsold Prospects)**

0-Unqualified
1-Contacted — 25
2-Store Visit — 14
3-Demo — 2
4-Write-Up — 0
5-Pending F&I — 0

(0, 6, 12, 18, 24, 30)

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

Case: 2:18-cv-12687
Judge: Borman, Paul D.
MJ: Majzoub, Mona K.
Filed: 08-28-2018 At 12:25 PM
CMP Al-Ali v. Ken Garff Automotive
Group et ano. (EK)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

AAshahla Al-Ali

**DEFENDANTS**

Ken Garff Automotive Group/Southfield Chrysler

**(b)** County of Residence of First Listed Plaintiff    Macomb
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Oakland
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*
Starr, Butler, Alexopoulos and Stoner
20700 Civic Center Drive Ste 290
Southfield Michigan 48076

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

■ 1   U.S. Government
Plaintiff

☐ 2   U.S. Government
Defendant

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ■ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane    ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product      Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument |      Liability    ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel &      Pharmaceutical      Slander      Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'      Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) |      Liability    ☐ 368 Asbestos Personal ☐ 340 Marine      Injury Product | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation ☐ 470 Racketeer Influenced and |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product      Liability      Liability | **LABOR** | ☐ 840 Trademark    Corrupt Organizations | |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle    **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle    ☐ 370 Other Fraud |      Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability |      Product Liability    ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | ☐ 360 Other Personal    ☐ 380 Other Personal      Injury      Property Damage |      Relations | ☐ 863 DIWC/DIWW (405(g)) |      Exchange |
| | ☐ 362 Personal Injury -    ☐ 385 Property Damage      Medical Malpractice      Product Liability | ☐ 740 Railway Labor Act ☐ 751 Family and Medical      Leave Act | ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions ☐ 891 Agricultural Acts ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights    **Habeas Corpus:** | ☐ 791 Employee Retirement      Income Security Act | ☐ 870 Taxes (U.S. Plaintiff      or Defendant) |      Act ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting    ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ■ 442 Employment    ☐ 510 Motions to Vacate | |      26 USC 7609 |      Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/      Sentence | | |      Agency Decision |
| ☐ 245 Tort Product Liability |      Accommodations    ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -    **Other:**      Employment    ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration | |      State Statutes |
| | ☐ 446 Amer. w/Disabilities -    ☐ 550 Civil Rights      Other    ☐ 555 Prison Condition |      Actions | | |
| | ☐ 448 Education    ☐ 560 Civil Detainee -      Conditions of      Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

■ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
Another District
*(specify)*

☐ 6 Multidistrict
Litigation -
Transfer

☐ 8 Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title VII

Brief description of cause:
Discrimination and Retaliation

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND:   ■ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE          DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

*AAshahla Al-Ali*

**FOR OFFICE USE ONLY**

RECEIPT #      AMOUNT      APPLYING IFP      JUDGE      MAG. JUDGE

## PURSUANT TO LOCAL RULE 83.11

1.　　　　Is this a case that has been previously dismissed?　　　　　☐ Yes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　■ No

　　If yes, give the following information:

　　Court: _____

　　Case No.: _____

　　Judge: _____


2.　　　　Other than stated above, are there any pending or previously
　　　　　discontinued or dismissed companion cases in this or any other　　☐ Yes
　　　　　court, including state court? (Companion cases are matters in which　■ No
　　　　　it appears substantially similar evidence will be offered or the same
　　　　　or related parties are present and the cases arise out of the same
　　　　　transaction or occurrence.)

　　If yes, give the following information:

　　Court: _____

　　Case No.: _____

　　Judge: _____


Notes :